# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00207-GPG

TIFFANY GRAYS,

    Plaintiff,

v.

KEYBANK NATIONAL ASSOCIATION,
UNKNOWN KEYBANK CO-CONSPIRATORS,
SUNNY ASFAW,
MELISSA "MEL" HOOKS,
MYESHA HENDERSON, and
JUDITH DONALDSON,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the Defendant, KEYBANK NATIONAL ASSOCIATION.

DATED this 6th day of February, 2020.

                                       *s/ David C. Walker*
                                       David C. Walker, Colo. Atty. Reg. No. 36551
                                       Brown Dunning Walker PC
                                       2000 South Colorado Blvd
                                       Tower 2, Suite 700
                                       Denver, CO 80222
                                       Ph: 303-329-3363
                                       dwalker@bdwfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this 6th day of February, 2020, served a true and accurate copy of the foregoing **ENTRY OF APPEARANCE** by electronic mail to the following parties of record:

Tiffany Grays
PO Box 472322
Aurora, CO 80047
Legalgrays@gmail.com

             *s/ Jennifer L. Mellott*