IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00207-SKC

TIFFANY GRAYS,

      Plaintiff,

v.

KEYBANK NATIONAL ASSOCIATION,
UNKNOWN KEYBANK CO-CONSPIRATORS,
SUNNY ASFAW,
MELISSA "MEL" HOOKS,
MYESHA HENDERSON, and
JUDITH DONALDSON,

      Defendants.

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this Certificate of Service to the named individuals below, and the following forms to the United States Marshals Service for service of process on Keybank National Association, Unknown Keybank Co-Conspirators, Sunny Asfaw, Melissa "Mel" Hooks, Myesha Henderson, and Judith Donaldson:

ORDER FILED 04/24/2020, AMENDED COMPLAINT FILED ON 02/25/2020, SUMMONS, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES on April 27, 2020.

Tiffany Grays
P.O. Box 472322
Aurora, CO 80047

US Marshal Service
Service Clerk
Service forms for: Keybank National Association, Unknown Keybank Co-Conspirators, Sunny Asfaw, Melissa "Mel" Hooks, Myesha Henderson, and Judith Donaldson

                                                    s/C. Madrid
                                                    *Deputy Clerk*